

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-13-00596-CV

Style:       Chrisondath Badall

      v. Rukmin Durgapersad

Date motion filed\*:       April 3, 2014

Type of motion:       Motion to suspend requirement for additional copies of appellant's brief

Party filing motion:       Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:       Current Due date:
      Date Requested:

Ordered that motion is:

      ☐       Granted

           If document is to be filed, document due:

           ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐       Denied

      ☑       Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☐       Other: _____

      **In conjunction with his appellant's brief, appellant filed a motion to suspend requirement for additional copies of appellant's brief, stating that appellant "is able to produce (2) copies of his appellate brief." Texas Rule of Appellate Procedure 9.3(a)(1) states: "If a document is not electronically filed, a party must file the original and one unbound copy of the document . . . ." TEX. R. APP. P. 9.3(a)(1). Appellant has complied with this rule by filing two hard copies of his appellant's brief. Accordingly, we dismiss appellant's motion as moot.**

Judge's signature:    /s/ Evelyn V. Keyes
           ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: <u>April 22, 2014</u>

November 7, 2008 Revision